ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 3:43 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00116-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 3:43:16 AM
CHRISTOPHER A. PRINE
Clerk

KEN PAXTON, *in his official capacity as Attorney General of Texas* and THE OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS,
*Appellants,*

*v.*

DELIA GARZA, *in her official capacity as Travis County Attorney*, ET AL.; JOHN CREUZOT, *in his official capacity as Dallas County Criminal District Attorney*, ET AL.; and BRIAN M. MIDDLETON, *in his official capacity as District Attorney of Fort Bend County (268th Judicial District)*, ET AL.,
*Appellee.*

On Interlocutory Appeal from the
459th Judicial District Court, Travis County
No. D-1-GN-25-003445 *consolidated with*
No. D-1-GN-25-00351 *and* No. D-1-GN-003581

## APPELLEE BRIAN M. MIDDLETON'S UNOPPOSED MOTION TO EXTEND TIME AND ALLOW REQUESTED SUPPLEMENTAL CLERK'S RECORD BE FILED AS A SUPPLEMENTAL APPENDIX TO RESPONSE BRIEF

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

This is an unopposed motion to allow an appellee to refile his response brief to append two trial court filings the other side designated in the trial court six weeks ago—the attempted sworn separate filing rejected as not permitted by the rules just yesterday.

Nine prosecuting attorneys and five counties filed challenges to the "District and County Attorney Reporting Requirements" promulgated by

Defendant-Appellant the Office of Attorney General of the State of Texas under the authority and direction of Defendant-Appellant Ken Paxton, sued in his official capacity as Texas Attorney General (collectively, "Attorney General" or "Appellants").

Brian M. Middleton, in his official capacity as the District Attorney for the 268th Judicial District of Texas (Fort Bend County), filed one of several petitions. Appellants, District Attorney Middleton, and several other county, district, and criminal district attorneys—many of whom were co-plaintiffs with their respective counties—consented to consolidation of the actions.

After the trial court entered a temporary injunction, Appellants appealed to this Court. Because of the multiplicitous filings in the trial court, Appellants' original Designation of Request for Clerk's Record inadvertently omitted a supplemental filing District Attorney Middleton submitted to the trial court as well as the reply to Appellants' response to District Attorney Middleton's application for a temporary injunction.

On July 2, 2025, Appellants submitted a sufficient Amended Designation of Request for Clerk's Record with the trial court to include these two filings into a supplemental clerk's record. *See* TEX. R. APP. P. 34(b)(1) & TEX. R. APP. P. 34(c)(1).

In this Court, District Attorney Middleton filed a response brief and a sworn supplementation separately. Due to this matter's public importance—this Court has already expedited proceedings—a delay to await a simple supplementation Appellants requested six weeks ago does not serve the public's interest. Nevertheless, the issue remains that these two filings have not technically been admitted into the official clerk's record—even though no one disputes their authenticity.

Yesterday afternoon, the Clerk of Court, Chris Pine, and undersigned conferred about the best mechanism to address these competing concerns. Clerk Pine recommended treating these materials under the provision of TEX. R. APP. P. 38.2(a)(1)(C). Further, the "Record References" should explain this situation and offer to file a supplemented brief once the Court receives the supplemental clerk's record. The latter sufficiently addresses the concern that bookmarking to the same would impliedly misstate that the materials were already part of the clerk's record. Here, combining a supplemental appendix into a response brief updated to explain the providence of the materials into a single document with bookmarks constitutes a reasonable term under TEX. R. APP. P. 38.7. Taking these steps the day requested and filing after conferring with the Attorney General is also appropriate under TEX. R. APP. P. 38.6(d).

Undersigned requested the Attorney General confer as to (1) treating Appellants' requested supplemental clerk record at this time as a bookmarked supplemental appendix with the appropriate disclosures constitutes a reasonable term under TEX. R. APP. P. 38.7 and (2) swift filing of such—*i.e.*, shortly after receiving a conference response—is an appropriate exercise of the Court's discretion under TEX. R. APP. P. 38.6(d).[1]

## PRAYER

For the foregoing reasons, the Court should extend the deadline for Appellee Middleton to file the combined Appendix by one day to Wednesday, August 20, 2025).

DATED:     AUGUST 20, 2025     RESPECTFULLY SUBMITTED,

*/s/ Justin C. Pfeiffer*

JUSTIN C. PFEIFFER
State Bar No. 24091473
GAVRILOV & BROOKS, PC
(Houston Office)
P.O. Box 56632
Houston, Texas 77256
[Tel.] (832) 312-7900
jpfeiffer@gavrilovlaw.com

*Counsel For* BRIAN M. MIDDLETON, *in his official capacity as Fort Bend County District Attorney (268th Judicial District)*

---

[1] While the filing date is August 20, this motion and accompanying brief are being filed in the early morning hours—prior to the start of the next business day of the issue becoming apparent.

4

**CERTIFICATE OF CONFERENCE**

On August 19, 2025, I requested the position of the Attorney General to the filing of a combined corrected brief and supplemental appendix bookmarked to the brief in time and manner described above. The Attorney General does not oppose this request.

*/s/ Justin C. Pfeiffer*

JUSTIN C. PFEIFFER

**CERTIFICATE OF SERVICE**

On August 20, 2025, I served this motion via the Court's electronic filing manager in compliance with the Texas Rules of Appellate Procedure. I also served counsel in accord with TEX. R. APP. P. 9.5(b)(1):

| *Counsel for Appellants* | |
|---|---|
| Ken Paxton | Ken.Paxton@oag.texas.gov |
| Brent Webster | Brent.Webster@oag.texas.gov |
| William R. Peterson | William.Peterson@oag.texas.gov |
| William F. Cole | William.Cole@oag.texas.gov |
| Benjamin Wallace Mendelson | Ben.Mendelson@oag.texas.gov |
| Meagan Corser | Megan.Corser@oag.texas.gov |
| Kimberly Gdula | Kimberly.Gdula@oag.texas.gov |
| William H. Farrell | Biff.Farrell@oag.texas.gov |
| *Counsel for Appellees Travis County, Travis County Attorney Delia Garza, and Travis County District Attorney José Garza* | |
| Leslie Dippel | Leslie.Dippel@traviscountytx.gov |
| Todd Clark | Todd.Clark@traviscountytx.gov |
| Cynthia Veidt | Cynthia.Veidt@traviscountytx.gov |
| *Counsel for Appellees El Paso County District Attorney James Montoya, El Paso County Attorney Christina Sanchez, and El Paso County* | |
| Christina Sanchez | ch.sanchez@epcountytx.gov |
| Bernardo Rafael Cruz | b.cruz@epcountytx.gov |

| Counsel for Appellees Dallas Criminal District Attorney John Creuzot; Dallas County; Bexar Criminal District Attorney Joe Gonzales; and Bexar County | |
|---|---|
| Alexandria Oberman | aoberman@milchev.com |
| Michael J. Satin | msatin@milchev.com |
| *Counsel for Appellees District Attorney Sean Teare and Harris County* | |
| Bradley W. Snead | snead@wrightclosebarger.com |
| Michael Adams-Hurta | hurta@wrightclosebarger.com |
| Jonathan G.C. Fombonne | Jonathan.Fombonne@harriscountytx.gov |
| Tiffany S. Bingham | Tiffany.Bingham@harriscountytx.gov |
| Christopher Garza | Christopher.Garza@harriscountytx.gov |
| *Counsel for Appellee Shawn W. Dick in his official capacity as Williamson County District Attorney (26th Judicial District)* | |
| Randy T. Leavitt | randy@randyleavitt.com |
| Bob Heath | bheath@bickerstaff.com |

/s/ *Justin C. Pfeiffer*

JUSTIN C. PFEIFFER

## CERTIFICATE OF COMPLIANCE

Microsoft Word reports that the foregoing document contain 585 words, excluding the portions exempted by TEX. R. APP. P. 9.4(i)(1).

/s/ *Justin C. Pfeiffer*

JUSTIN C. PFEIFFER

6

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Justin  Pfeiffer on behalf of Justin Pfeiffer
Bar No. 24091473
jpfeiffer@gavrilovlaw.com
Envelope ID: 104591456
Filing Code Description: Motion
Filing Description: Appellee Brian M. Middleton's Unopposed Motion to Extend Time and Allow Requested Supplemental Clerk's Record be Filed as a Supplemental Appendix to Response Brief to File Requested Clerk's Record Material as a Supplemental Appendix to Corrected Response Brief
Status as of 8/20/2025 7:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 8/20/2025 3:43:16 AM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 8/20/2025 3:43:16 AM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 8/20/2025 3:43:16 AM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 8/20/2025 3:43:16 AM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Cynthia  W.Veidt | | cynthia.veidt@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Leslie  W. Dippel | | Leslie.Dippel@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Justin Pfeiffer on behalf of Justin Pfeiffer
Bar No. 24091473
jpfeiffer@gavrilovlaw.com
Envelope ID: 104591456
Filing Code Description: Motion
Filing Description: Appellee Brian M. Middleton's Unopposed Motion to Extend Time and Allow Requested Supplemental Clerk's Record be Filed as a Supplemental Appendix to Response Brief to File Requested Clerk's Record Material as a Supplemental Appendix to Corrected Response Brief
Status as of 8/20/2025 7:17 AM CST

Case Contacts

| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
|---|---|---|---|---|
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 8/20/2025 3:43:16 AM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 8/20/2025 3:43:16 AM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 8/20/2025 3:43:16 AM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 8/20/2025 3:43:16 AM | ERROR |
| Randy T. Leavitt | | randy@randyleavitt.com | 8/20/2025 3:43:16 AM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 8/20/2025 3:43:16 AM | ERROR |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 8/20/2025 3:43:16 AM | SENT |
| Michael J.Satin | | msatin@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Laura G. Ferguson | | lferguson@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 8/20/2025 3:43:16 AM | ERROR |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 8/20/2025 3:43:16 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Justin Pfeiffer on behalf of Justin Pfeiffer
Bar No. 24091473
jpfeiffer@gavrilovlaw.com
Envelope ID: 104591456
Filing Code Description: Motion
Filing Description: Appellee Brian M. Middleton's Unopposed Motion to Extend Time and Allow Requested Supplemental Clerk's Record be Filed as a Supplemental Appendix to Response Brief to File Requested Clerk's Record Material as a Supplemental Appendix to Corrected Response Brief
Status as of 8/20/2025 7:17 AM CST

Case Contacts

| Name | | Email | Date | Status |
|---|---|---|---|---|
| Bradely W.Snead | | snead@wrightclosebarger.com | 8/20/2025 3:43:16 AM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Melissa Contreras | | m.contreras@epountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Michael J. Satin | | msatin@milchev.com | 8/20/2025 3:43:16 AM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 8/20/2025 3:43:16 AM | SENT |